```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                 Case No. 07-cr-183-PB

**Shelley Furtado**

**O R D E R**

     The defendant, through counsel, has moved to continue the March 4, 2008 trial in the above case, citing the need for additional time to complete a treatment program in which she is currently enrolled and to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 4, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The February 21, 2008 final pretrial conference is continued to May 21, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 12, 2008

cc: Sven Wiberg, Esq.
Alfred J.T. Rubega, Esq.
United States Probation
United States Marshal