**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**     Case No. 07-cr-183-PB

<u>Shelly Furtado</u>

**O R D E R**

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case, citing the need for additional time to review discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 3, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   The May 21, 2008 final pretrial conference is continued to July 30, 2008 at 3:00 p.m.

   SO ORDERED.

                                     /s/Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge

May 20, 2008

cc:  Sven Wiberg, Esq.
     Alfred Rubega, Esq.
     United States Probation
     United States Marshal