```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                                Case No. 07-cr-183-PB

**Shelly Furtado**

## O R D E R

The defendant, through counsel, has moved to continue the August 19, 2008 trial in the above case, citing the need for additional time to complete a treatment program and engage in plea negotiations or prepare for trial. The government does not object to a continuance of the trial.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 19, 2008 to November 4, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 30, 2008 final pretrial conference is continued to October 23, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 29, 2008

cc: Sven Wiberg, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal